# Court of Appeals
# of the State of Georgia

ATLANTA,   July 18, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2206.  DONALD FOWLER v. MIDLAND FUNDING, LLC.**

Midland Funding, LLC sued Donald Fowler to collect money allegedly owed on a credit card account.  Fowler counterclaimed for fraud.  After the trial court dismissed the counterclaim, Fowler filed this direct appeal.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment. In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6- 34 (b).  Where neither of these code sections are followed, the appeal is premature and must be dismissed." (Citations and punctuation omitted.) *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989).  Because it appears that the main claim against Fowler remains pending below, this appeal is premature and is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 07/18/2012
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.


                                                                    , Clerk.